Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                       Case No.:  18−28553−ABA
                                       Chapter:  13
                                       Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert M. Burch
   1150 Sharp Road
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8747

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                11/28/18
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 2, 2018
JAN: kvr

                                                                   Jeanne Naughton
                                                                   Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28553-ABA
Robert M. Burch                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Oct 02, 2018
                                  Form ID: 132             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db         +Robert M. Burch,    1150 Sharp Road,    Vineland, NJ 08360-2458
517760548  +Capital One Auto Finance, AIS Portfolio,    4515 N. Santa Fe Ave., Dept. APS,
             Oklahoma City, Oklahoma 73118-7901
517760549  +Carrington Mortgage Services,    POB 5001,    Westfield, Illinois 46074-5001
517760550  +City of Vineland (POB 1508, Vineland, Ne,    POB 1508,    Vineland, New Jersey 08362-1508
517760551   Faith Anderson, Esq.,    Hill Wallack, LLP,    21 Roszel Rd., POB 5226,
             Princeton, New Jersey 08543-5226
517760552   JP Morgan Chase,    P. O. Box 24696,    Columbia, Ohio 43224-0696
517760553  +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Suite 100,
             Mt. Laurel, New Jersey 08054-3437
517790709  +Towne Properties, LLC,    530 W. Ocean Heights Ave,    #2B,    Linwood, NJ 08221-1000
517760555  +Towne Properties, LLC,    530 W. Ocean Heights Ave., #2B,    Linwood, New Jersey 08221-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517760547  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 02 2018 23:44:25
             Capital One Auto Finance,    AIS Portfolio Services, LP,    4515 N. Santa Fe Ave., Dept. APS,
             Oklahoma City, Oklahoma 73118-7901
517760554  +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:44:16     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    POB 41021,    Norfolk, Virginia 23541-1021
517766140  +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:40     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor  Druziako    on behalf of Debtor Robert M. Burch bkdruziako@aol.com
                                                                                              TOTAL: 4