UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    ROBERT M. BURCH

Debtor(s)

Case No. 18-28553 (ABA)

Judge:  Andrew B. Altenburg, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: ROBERT M. BURCH
Case No. 18-28553 (ABA)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

___

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 18-28553 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection under any chapter for a period of 180 days from the date of dismissal of Debtor's case.

/s/ Victor Druziako                                    11/8/2018
Victor Druziako                                          Date
Debtor's Attorney


/s/ Isabel C. Balboa                                   11/13/2018
Isabel C. Balboa                                         Date
Chapter 13 Standing Trustee