Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−28553−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert M. Burch
   1150 Sharp Road
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8747

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/25/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 25, 2019
JAN: bc

                                                  Jeanne Naughton
                                                  Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-28553-ABA
Robert M. Burch                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Feb 25, 2019
                             Form ID: 148             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db             +Robert M. Burch,    1150 Sharp Road,    Vineland, NJ 08360-2458
517760548      +Capital One Auto Finance, AIS Portfolio,    4515 N. Santa Fe Ave., Dept. APS,
                 Oklahoma City, Oklahoma 73118-7901
517760549      +Carrington Mortgage Services,    POB 5001,    Westfield, Illinois 46074-5001
517885828      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517760550      +City of Vineland (POB 1508, Vineland, Ne,    POB 1508,    Vineland, New Jersey 08362-1508
517760551       Faith Anderson, Esq.,    Hill Wallack, LLP,    21 Roszel Rd., POB 5226,
                 Princeton, New Jersey 08543-5226
517760552       JP Morgan Chase,    P. O. Box 24696,    Columbia, Ohio 43224-0696
517760553      +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, New Jersey 08054-3437
517790709      +Towne Properties, LLC,    530 W. Ocean Heights Ave.,    #2B,    Linwood, NJ 08221-1000
517760555      +Towne Properties, LLC,    530 W. Ocean Heights Ave., #2B,    Linwood, New Jersey 08221-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2019 23:31:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2019 23:31:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517760547      +EDI: AISACG.COM Feb 26 2019 04:23:00     Capital One Auto Finance,    AIS Portfolio Services, LP,
                 4515 N. Santa Fe Ave., Dept. APS,    Oklahoma City, Oklahoma 73118-7901
517811647      +EDI: AISACG.COM Feb 26 2019 04:23:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
517885958       EDI: RESURGENT.COM Feb 26 2019 04:23:00     LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517887112       EDI: PRA.COM Feb 26 2019 04:23:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
517760554      +EDI: RMSC.COM Feb 26 2019 04:23:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 POB 41021,    Norfolk, Virginia 23541-1021
517766140      +EDI: RMSC.COM Feb 26 2019 04:23:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Victor   Druziako    on behalf of Debtor Robert M. Burch bkdruziako@aol.com
                                                                                             TOTAL: 6
```